JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTONIO BAUTISTA, | Case No.: CV 09-4113 GAF (PLAx) |
| Plaintiff, | **The Honorable Garry A. Feess** |
| vs. | **ORDER** |
| SEALY MATTRESS, STEARNS & FOSTER, BASSETT BEDDING, DOLORES GARCIA, HECTOR VASQUEZ, and DOES 1 to 100, inclusive, | |
| Defendants. | |

# ORDER

IT IS ORDERED that the fifth cause of action of the complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that this action shall be remanded to Los Angeles Superior Court.

IT IS FURTHER ORDERED that both parties shall not recover costs or attorney's fees.

IT IS SO ORDERED.

Dated: July 7, 2009

_____
The Honorable Garry A. Feess
Judge of the Superior Court